Teresa S. Renaker – CA State Bar No. 187800
Julia Campins – CA State Bar No. 238023
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
jcampins@lewisfeinberg.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> vs. <br><br> LONG-TERM DISABILITY PLAN SPONSORED AND INSURED BY HEALTH NET, INC., <br><br> Defendant. | Case No.  C 09-03687 SBA <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT PLAINTIFF TO PROCEED UNDER FICTITIOUS NAME** |

Good cause appearing, the Court hereby ORDERS as follows:

1. Plaintiff's Motion for Administrative Relief to Permit Plaintiff to Proceed Under Fictitious Name is GRANTED and the docket shall continue to reflect Plaintiff's name as John Doe.

2. Plaintiff shall be referred to as John Doe in all pleadings, depositions, and other documents related to this litigation, and Plaintiff shall be allowed to endorse any documents related to this litigation using the pseudonym John Doe.

3. Plaintiff's name, Plaintiff's domestic partner's name, and any other personal identifying information of either of them shall be redacted from any evidentiary materials filed with the Court in this matter.  To avoid any burden falling on Defendant from this requirement to redact documents, Plaintiff's counsel shall perform such redactions upon request of

1 | Defendant's counsel with reasonable notice from Defendant's counsel.

2 |     4.    In all proceedings held before this Court, including trial, all counsel, witnesses, and court personnel present shall refer to Plaintiff by his pseudonym, John Doe.

    5.    Despite this Order, should any party in this action desire to file a document with the Court under seal, an appropriate motion may be filed pursuant to Civil Local Rule 79-5 in advance of the filing of the document.

    6.    The terms of this Order shall remain in effect until further notice by this Court.

IT IS SO ORDERED.

Dated: 8/31/09

_____
Judge Saundra B. Armstrong

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT PLAINTIFF TO PROCEED UNDER FICTITIOUS NAME [CASE NO. C 09-03687 SBA]