IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | No. C 09-03687 SBA |
|     Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| LONG-TERM DISABILITY PLAN SPONSORED AND INSURED BY HEALTH NET, INC, | |
|     Defendant. _____/ | |

    The parties hereto, by their counsel, having advised the Court that they have reached an agreed-upon settlement to the dismissal of this cause,

    IT IS HEREBY ORDERED that this cause be dismissed.

Dated: 10/28/09

                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California